Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Western District of Michigan

_____SOUTHERN__ Division

**FILED - GR**
September 6, 2022 10:25 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: KB/9-6

| | |
|---|---|
| MR. STACEY R. SMITH <br> PRO SE I <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT. (H.U.D.) <br> & <br> THE GRAN <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Case No. 1:22-CV-788. <br> *(to be filled in by the Clerk's Office)* <br><br> Jury Trial: *(check one)* ☑ Yes ☐ No |

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | MR. STACEY R. SMITH |
| Street Address | 855 KALAMAZOO AVE SE |
| City and County | GRAND RAPIDS |
| State and Zip Code | MICHIGAN 49507-1379. |
| Telephone Number | 616-500-4316 |
| E-mail Address | androgenxalon@att.net |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | THE U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPM |
| Job or Title (if known) | GRAND RAPIDS HOUSING COMMISSION (GRHC) |
| Street Address | 451 7TH ST SW, |
| City and County | WASHINGTON, DC |
| State and Zip Code | 20410. |
| Telephone Number | 202-708-1112 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | GRAND RAPIDS HOUSING COMMISSION (GRHC). |
| Job or Title (if known) | UNDER THE AUTHORITY OF H.U.D. |
| Street Address | 1420 FULLER AVE SE |
| City and County | GRAND RAPIDS |
| State and Zip Code | MICHIGAN 49507 |
| Telephone Number | 616-235-2600 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question     [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FAIR HOUSING ACT FOR THE STATE OF MICHIGAN.

Sec. 804. [42 U.S.C. 3604] Discrimination in sale or rental of housing and other prohibited practices.

(b) To discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex (familial status) or national origin.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* STACEY R. SMITH, is a citizen of the State of *(name)* MICHIGAN.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* NOT., is incorporated under the laws of the State of *(name)* N/A, and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* H.U.D. & G.R.H.C., is a citizen of the State of *(name)* MICHIGAN. Or is a citizen of *(foreign nation)* NONE.

b.  If the defendant is a corporation

The defendant, *(name)* H.U.D. & G.R.H.C. , is incorporated under the laws of the State of *(name)* MICHIGAN , and has its principal place of business in the State of *(name)* MICHIGAN .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* N/A/ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

(b) To discriminate against any person in the terms, conditions, or privileges of sale or rental of a dwelling, or in the provision of services or facilities in connection therewith, because of race, color, religion, sex,(familial status), or national origin.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1994-2022 A.D. – is the length of time the Plaintiff has been continuously applying before 2015 which makes at least 21 years of applying for housing assistance before the defendant lays the reason for my disqualification is the current charge that I am under which was in 2015 of M.C. L 750.520 (E) – High Misdemeanor which plaintiff has established that he was (wrongfully charged) above conviction due to ineffective defense counsel while establishing an attempt to transfer Federal jurisdiction from The United States Circuit Court of Appeals Case No.: 21-2775, back to the 17th Judicial Circuit Court under Superintending Control for remedy to seal said case No.: 14-11012-FH through current case number 22-02505-AS  - (Smith V. State of Michigan, and the County of Kent). In Re Contempt proceeding of Lead Prosecutor Chris R. Becker pursuant to M.C. R. 3.306, 3.305 and 3.302. (Prima Facie). 28 years total.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

$3.8M.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/01/2022

Signature of Plaintiff
Printed Name of Plaintiff    MR. STACEY R. SMITH PRO SE (AD HONOURUM).

### B. For Attorneys

Date of signing: 09/01/2022

Signature of Attorney
Printed Name of Attorney    UNDER MONITOR BY 1ST. AFRICAN NATIONAL & CO.
Bar Number
Name of Law Firm
Street Address    855 KALAMAZOO AVE SE
State and Zip Code    GRAND RAPIDS, MICHIGAN 49507-1379
Telephone Number    616-500-4316.
E-mail Address    androgenxalon@att.net