UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY R. SMITH,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT, et al.,

    Defendants.
_____/

Case No. 1:22-cv-788

Hon. Hala Y. Jarbou

## ORDER

On December 30, 2022, the magistrate judge issued a Report and Recommendation (R&R) (ECF No. 21), recommending that the Court grant Defendants' respective motions for dismissal of the case. Before the Court is Plaintiff's objection (ECF No. 22) to the R&R.

Under Rule 72 of the Federal Rules of Civil Procedure,

> the district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.

Fed. R. Civ. P. 72(b)(3).

Plaintiff's objection does not address the substance of the R&R. It does not identify any error in the R&R. Upon review, the Court concludes that the magistrate judge's reasoning and recommendation are sound.

Accordingly,

**IT IS ORDERED** that Defendants' objection (ECF No. 22) to the R&R is **OVERRULED**.

**IT IS FURTHER ORDERED** that the R&R (ECF No. 21) is **APPROVED** and **ADOPTED** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Defendants' motions for dismissal and/or summary judgment (ECF Nos. 11, 14) are **GRANTED** for the reasons set forth in the R&R.

**IT IS FURTHER ORDERED** that the Court **CERTIFIES** that an appeal of this action would not be taken in good faith.

The Court will enter a judgment consistent with this Order.

Date:   January 4, 2023                         /s/ Hala Y. Jarbou
                                                HALA Y. JARBOU
                                                CHIEF UNITED STATES DISTRICT JUDGE