UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STACEY R. SMITH,

    Plaintiff,

v.

    Case No. 1:22-cv-788

UNITED STATES DEPARTMENT OF
HOUSING AND URBAN
DEVELOPMENT, et al.,

    Hon. Hala Y. Jarbou

    Defendants.
_____/

**JUDGMENT**

In accordance with the order entered this date:

**IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

Date: January 4, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE